■ In the Matter of the Claim of REYMAN SOSA, Appellant. COMMISSIONER OF LABOR, Respondent. [18 NYS3d 894]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 5, 2014, which, among other things, ruled that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.